UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Criminal No. 4:96-CR-12-1BO
Civil No. 4:16-CV-15-BO

Terence Christopher Harris, )
)
        Petitioner, )
)
v. ) ORDER
)
United States of America, )
)
        Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40) days** of the filing of this order.

SO ORDERED. This 25 day of January, 2019.

TERRENCE W. BOYLE
CHIEF, US UNITED STATES DISTRICT JUDGE